| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Lakim Mintrell Guild, 1771806 | § § § | |
| Petitioner, | § § | |
| versus | § § | Civil Action V-15-063 |
| Lori Davis, Director, TDCJ-ID | § § | |
| Respondent. | § § | |

## Order of Dismissal

The report and recommendation of the magistrate judge is adopted and the petition for a writ of habeas corpus of Lakim Mintrell Guild is dismissed as time-barred.

Signed on August 9, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge